# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

## BILL OF INFORMATION FOR POSSESSION
## OF CHILD PORNOGRAPHY AND NOTICE OF FORFEITURE

U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
FILED     OCT 3 0 2024
CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 24-86- SDD- EWD |
| | : | |
| | : | 18 U.S.C. § 2252A(a)(5)(B) |
| *versus* | : | 18 U.S.C. § 2253 |
| | : | 21 U.S.C. § 853(p) |
| | : | 28 U.S.C. § 2461(c) |
| JAMES S. BURLAND | : | |

## THE UNITED STATES ATTORNEY CHARGES:

Between on or about November 11, 2022, and April 9, 2023, in the Middle District of Louisiana and elsewhere, **JAMES S. BURLAND**, defendant herein, did knowingly possess material that contained images of child pornography, as defined in Title 18, United States Code, Section 2256, which had been shipped and transported by any means and facility of interstate and foreign commerce, including by computer.

It is further alleged that the child pornography involved prepubescent minors who had not attained 12 years of age, in violation of Title 18, United States Code, Section 2252A(b)(2).

All the above is a violation of Title 18, United States Code, Section 2252A(a)(5)(B).

USA Sealed Group
USM
USPO

## NOTICE OF FORFEITURE

Pursuant to Title 18, United States Code, Section 2253, upon conviction of the offense contained in this Bill of Information, in violation of Title 18, United States Code, Section 2252A, **JAMES S. BURLAND**, defendant herein, shall forfeit to the United States of America:

1. any visual depiction described in Title 18, United States Code, Sections 2251, 2251A, 2252, or 2252A, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110;

2. any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offense; and

3. any property, real or personal, used or intended to be used to commit or to promote the commission of the offense.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

2

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b), and by Title 28, United States Code, Section 2461(c).

UNITED STATES OF AMERICA, by

Date: _9/9/24_ _____

_____
RONALD C. GATHE, JR.
UNITED STATES ATTORNEY

_____
PAUL L. PUGLIESE
ASSISTANT U.S. ATTORNEY

| Criminal Cover Sheet | U.S. District Court |
|---|---|

**Place of Offense:**

City: Baton Rouge

County/Parish: East Baton Rouge

*Investigating Agency: DHS/HSI

*Agent: Jared Tauzier

**Matter to be sealed:** ☑ Yes ☐ No

Related Case Information:

Superseding Ind. ☐   Docket Number

Same Defendant ☐   New Defendant ☐

Magistrate Case Number: _____

Search Warrant Case No.: 24-mj-32 // 24-mj-33

R 20/ R 40 from District of: _____

**Any Other Related Cases:** _____

**Defendant Information:**

Defendant Name: James S. Burland

Alias: _____

Address: _____

DOB: _____ SS / Alien#: _____ Sex: ___ Race: _____ Nationality: _____

**U.S. Attorney Information:**

AUSA: Paul L. Pugliese

Bar #: FLBN 717370

**Interpreter:** ☐ Yes ☑ No    **List language and/or dialect:** _____

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as of _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations:**

Total # of Counts: 1

**Mandatory Minimum Charged?**  ☑ Yes ☐ No

| Code | Description of Offense Charged | Count(s) | Petty/ Misdemeanor/ Felony |
|---|---|---|---|
| 18 U.S.C. § 2252A(a)(5)(B) | Possession of Child Pornography | 1 | F |
| | | | |
| | | | |
| | | | |

(May be continued on second sheet)

Date: 10/30/2024    Signature of AUSA: _____