**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
FILED OCT 30 2024
CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| *versus* | : | CRIMINAL NO. 24- |
| JAMES S. BURLAND | : | |

## WAIVER OF INDICTMENT

I, James S. Burland, the above-named defendant, charged in a Bill of Information with Possession of Child Pornography in violation of 18 U.S.C. § 2252A(a)(5)(B), understand:

a) the nature of the charge brought against me, and

b) that I am entitled, under the Fifth Amendment of the United States Constitution, to have the charge instituted by a Grand Jury Indictment.

I voluntarily waive my right to have the charge set forth in the Bill of Information presented to a Grand Jury and agree that the proceedings may be instituted by a Bill of Information.

Dated this 23rd day of October, 2024, at Baton Rouge, Louisiana.

_____
James S. Burland
Defendant

_____
J. Lane Ewing, Jr.
Attorney for Defendant